**Order filed June 4, 2013.**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-12-00796-CR

**LISA MICHELLE ESTRADA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

————————

## NO. 14-12-00797-CR

**EX PARTE LISA MICHELLE ESTRADA**

---

**On Appeal from the 262nd District Court
Harris County, Texas
Trial Court Cause Nos. 1296827 & 1296827-A**

---

## ABATEMENT ORDER

In the appeal docketed under number 14-12-00796-CR, appellant appeals from the order adjudicating her guilt for theft and sentencing her to confinement for six months in state jail. In the appeal docketed under number 14-12-00797-CR, she appeals from the denial of her pre-trial application for writ of habeas corpus pursuant to Texas Code of Criminal Procedure article 11.072. *See Kniatt v. State*, 206 S.W.3d 657, 663-64 (Tex. Crim. App. 2006) (reaffirming rule that jurisdiction

is established at the time the writ is filed and is not defeated by subsequent adjudication of guilt). On appellant's motion, these appeals were consolidated.

Appellant has requested supplementation of the appellate record with a police statement from witness Melanie Thomas. At the writ hearing, the court ordered: "In an abundance of caution, I'm going to go ahead and order that the State obtain a copy of that witness statement so that it can be made a part of this record for purposes of an appeal, if that's what you choose to do."

On March 21, 2013, this court ordered counsel for the State to see that the witness statement by Melanie Thomas is made a part of the record. We further ordered that a supplemental clerk's record containing the witness statement by Melanie Thomas filed with the clerk of this court in the habeas appeal docketed under number 14-12-00797-CR on or before April 26, 2013. To date, the supplemental record has not been filed. Accordingly, we issue the following order:

We **ORDER** counsel for the State to see that the witness statement by Melanie Thomas is made a part of the record in the habeas case. The Harris County District Clerk is ordered to file supplemental clerk's record containing witness statement by Melanie Thomas with the clerk of this court in the habeas appeal docketed under number 14-12-00797-CR on or before **June 24, 2013**.

PER CURIAM

2